IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SARAH PAINE,         Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION 16-00317-KD-N |
| ARMSTRONG & ASSOC., INC.,         Defendant. | ) ) ) | |

### ORDER

This matter is before the Court on Plaintiff's "Notice of Settlement" (Doc. 16) stating that the parties have reached a settlement of this case. Accordingly, it is **ORDERED** that the above-styled action is hereby **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within sixty (60) days of the date of this Order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear her or its own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **1st** day of **May 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**